**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
FEB 16 2006
Clerk of U.S. District Court
District of Rhode Island

CRACKED ENTERTAINMENT, INC.,

*Plaintiff*,

v.

CHAD NEVOLA, TOM GONELLA, MARK WILLIAMS and JOHN SOUZA,

*Defendants*.

No. CA-06-44-T

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6 and Local Rule 29(b), Plaintiff, Cracked Entertainment, Inc., and Defendants, Chad Nevola, Tom Gonella, Mark Williams and John Souza, hereby stipulate and agree that Defendants shall have up to and including March 6, 2006 within which to answer or otherwise respond to the Complaint filed in this matter.

CRACKED ENTERTAINMENT, INC.

By its Attorneys,

Richard W. MacAdams
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Facsimile)

CHAD NEVOLA, TOM GONELLA,
MARK WILLIAMS and JOHN SOUZA

By their Attorneys,

Mark E. Tetreault, Esq., (6296)
BARLOW, JOSEPHS & HOLMES, LTD.
101 Dyer Street, 5th Floor
Providence, RI 02903
(401) 273-4446
(401) 273-4447 (Facsimile)

ENTER:
Ernest C. Torres
Chief, U.S. District Judge

DATE: 2/22/06