AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

CRACKED ENTERTAINMENT, INC.

V.

CHAD NEVOLA, TOM GONNELLA,
MARK WILLIAMS and JOHN SOUZA

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 06 44T

TO: (Name and address of Defendant)

John Souza
192 River Farms Drive
West Warwick, RI 02893

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard W. MacAdams
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

1-27-06

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 3/04/06 |
|---|---|
| NAME OF SERVER *(PRINT)* HAROLD Ouimette | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: John Souza
192 River Farm Dr West Warwick R.I

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/04/06
Date

[signature]
*Signature of Server*

24 Guilford Dr. Warwick R.I
*Address of Server*
02886

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.