UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRACKED ENTERTAINMENT, INC.,

Plaintiff,

v.

CHAD NEVOLA, TOM GONELLA, MARK WILLIAMS, AND JOHN SOUZA,

Defendants.

Civil Action No. 06-044-T-DLM

**NOTICE OF WITHDRAWAL OF ATTORNEY PAUL M. FAKLER**

Pursuant to Local Rule 206(e), please withdraw the appearance of Paul M. Fakler of Thelen Reid & Priest LLP as one of the counsel for plaintiff Cracked Entertainment, Inc. ("Cracked Entertainment").

Richard W. MacAdams of MacAdams & Wieck Incorporated shall continue his appearance as counsel of record for Cracked Entertainment.

Dated: April 25, 2006

Respectfully submitted,

CRACKED ENTERTAINMENT, INC.

By its attorneys,

Richard W. MacAdams (R.I. Bar #1681)
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700

and

Paul M. Fakler (*Pro Hac Vice*)
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10014
(212) 603-2000

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing to be served by first class mail, postage prepaid on all counsel of record on April 25 2006.

Richard W. MacAdams