UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CRACKED ENTERTAINMENT, INC.,
Plaintiff

v. C.A. No. 06-44 T

CHAD NEVOLA, TOM GONNELLA,
MARK WILLIAMS and JOHN SOUZA
Defendants

STIPULATION

The time within which Plaintiff Cracked Entertainment, Inc. shall respond to Defendants' First Request for Production of Documents is enlarged to and including June 1, 2006.

Plaintiff
By Its Attorneys,

RICHARD W. MacADAMS (#1681)
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: 4/24/06

Defendants
By Their Attorneys,

CHRISTINE K. BUSH (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Fax)
Dated: 4/26/06

ENTER: Ernest C. Torres
Chief U.S. District Judge
DATE: 5/5/06