UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CRACKED ENTERTAINMENT, INC.,
Plaintiff

v. C.A. No. 06-044 T

CHAD NEVOLA, TOM GONNELLA,
MARK WILLIAMS and JOHN SOUZA
Defendants

WITHDRAWAL OF APPEARANCE

R. David Hosp, Mark S. Puzella and the law firm of Goodwin Procter LLP hereby withdraw their appearance as pro hac vice counsel on behalf of the Plaintiff in the above referenced matter; Richard W. MacAdams and the law firm of MacAdams Wieck DeLuca & Gemma Incorporated hereby remain as counsel on behalf of the Plaintiff in this matter.

/S/
______________________________
R. David Hosp
Goodwin Procter LLP
dhosp@goodwinprocter.com
Exchange Place
53 State Street
Boston, MA 02019
(617) 570-1000
Dated: September 19, 2006

/S/
______________________________
Mark S. Puzella
Goodwin Procter LLP
mpuzella@goodwinprocter.com
Exchange Place
53 State Street
Boston, MA 02019
(617) 570-1000
Dated: September 19, 2006

CRACKED ENTERTAINMENT, INC.

By Its Attorneys,

/S/

RICHARD W. MacADAMS (#1681)
MacADAMS WIECK DeLUCA & GEMMA
INCORPORATED
rmacadams@mwdglaw.com
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: September 19, 2006

CERTIFICATION OF SERVICE

I hereby certify that on the 19th day of September, 2006, a copy of the within was forwarded to Craig M. Scott, Esq. and Christine K. Bush, Attorney, Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903 via electronic court filing.

/S/

Richard W. MacAdams