UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CRACKED ENTERTAINMENT, INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | C.A. No. 06-044 T |
| | : | |
| CHAD NEVOLA, TOM GONELLA MARK WILLIAMS and JOHN SOUZA | : | |
| | : | |
| Defendants | : | |

**DISMISSAL STIPULATION**

By agreement of the parties, plaintiff, Cracked Entertainment, Inc., and defendants, Chad Nevola, Tom Gonella, Mark Williams and John Souza, the above-referenced action is hereby dismissed with prejudice. Each party shall bear its own fees and costs.

PLAINTIFF,
CRACKED ENTERTAINMENT, INC.,
By its Attorneys

/s/ Richard W. MacAdams
Richard W. MacAdams, Esq. #1618
MacAdams Wieck DeLuca & Gemma
Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
rmacadams@mwdglaw.com
(401) 454-8700
(401) 454-8755 (Fax)

/s/ Julia Huston
Julia Huston, Esq.
Keith E. Toms, Esq.
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110-1618
(617) 443-9292
(617) 443-0004 (Fax)

DEFENDANTS,
CHAD NEVOLA, TOM GONELLA,
MARK WILLIAMS and JOHN SOUZA,
By their Attorneys

/s/ Christine K. Bush
Christine K. Bush, Esq. #5587
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
cbush@duffysweeney.com
(401) 455-0700
(401) 455-0701 (Fax)

Dated: November 9, 2006